**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. AUDREY CROCKETT
(513) 564-7032
www.ca6.uscourts.gov

4911

Filed: May 18, 2004

Ms. Patricia L. McNutt
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902

**RECEIVED**

MAY 20 2004

Clerk, U.S. District Court
Eastern District of Tennessee

RE: 02-5734
Wagner vs. Matsushita Elec
District Court No. 00-00508

Dear Clerk:

Enclosed is a copy of the mandate filed in this case. The certified record was never sent to this Court on appeal.

Very truly yours,
Leonard Green, Clerk

*Audrey Crockett*
(Ms.) Audrey Crockett
Case Manager

cc:
Honorable Curtis L. Collier
Mr. William R. Seale
Mr. Stephen Talbert Hyder

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-5734

FILED

2004 MAY 20 P 12:52

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

Filed: May 18, 2004

THOMAS WAGNER

    Plaintiff - Appellant

v.

MATSUSHITA ELECTRONIC COMPONENTS CORPORATION OF AMERICA

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 3/9/04 the mandate for this case hereby issues today.

A True Copy.

COSTS:

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_Audy Crachett_
Deputy Clerk